# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILIP MORRIS USA INC., A FOREIGN
CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE VERONICA
BARISICH, DISTRICT JUDGE,
Respondents,
and
DOLLY ROWAN, AS AN INDIVIDUAL,
AS SPECIAL ADMINISTRATOR FOR
THE ESTATE OF NOREEN
THOMPSON; NAVONA COLLISON, AS
AN INDIVIDUAL; RUSSELL
THOMPSON, AS AN INDIVIDUAL; R.J.
REYNOLDS TOBACCO COMPANY, A
FOREIGN CORPORATION; LIGGETT
GROUP, LLC, A FOREIGN
CORPORATION; QUICK STOP
MARKET, LLC, A DOMESTIC LIMITED
LIABILITY COMPANY; JOE'S BAR,
INC., A DOMESTIC CORPORATION;
THE POKER PALACE, A DOMESTIC
CORPORATION; SILVER NUGGET
GAMING, LLC, D/B/A SILVER NUGGET
CASINO, A DOMESTIC LIMITED
LIABILITY COMPANY; AND JERRY'S
NUGGET, A DOMESTIC
CORPORATION,
Real Parties in Interest.

No. 84805

FILED

AUG 1 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion to dismiss in an action

22-25184

brought under the Nevada Deceptive Trade Practices Act. Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Walker v. Second Judicial Dist. Court*, 136 Nev. 678, 683, 476 P.3d 1194, 1198 (2020) (declining to grant writ relief when a later appeal was available); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging orders denying motions to dismiss, and we are not persuaded that any exception to the general rule applies here. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197-98, 179 P.3d 556, 558-59 (2008) (discussing writ petitions challenging denials of motions to dismiss); *see also R.J. Reynolds Tobacco Co. v. Eighth Judicial Dist. Court*, 138 Nev., Adv. Op. 55, ___ P.3d ___ (2022) (denying writ relief in a similar challenge to an order denying a motion to dismiss in a Nevada Deceptive Trade Practices Act action). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Silver

_____, Sr.J.
Gibbons

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.

cc: Hon. Veronica Barisich, District Judge
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
Shook, Hardy & Bacon LLP/Kansas City
Lewis Roca Rothgerber Christie LLP/Las Vegas
Claggett & Sykes Law Firm
Bailey Kennedy
Kelley Uustal/Fort Lauderdale
Kasowitz Benson Torres LLP/Miami
King & Spalding LLP/Atlanta
King & Spalding, LLP/Charlotte
Eighth District Court Clerk